## 19028. WILLIAMSON v. THE STATE.

BROYLES, C. J. 1. The excerpts from the charge, complained of in the motion for a new trial, when considered in the light of the charge as a whole, show no reversible error.

2. It is conceded in the brief of counsel for the plaintiff in error that the verdict was authorized by the evidence.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 10, 1928.

*Alfred Herrington Jr., A. C. Saffold,* for plaintiff in error.
*A. S. Bradley, solicitor-general,* contra.